IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YUN LIN CHEN, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 02: 06-0834-KD-C |
| ALBERTO GONZALES, et al, | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated February 12, 2007, is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED without prejudice** as **MOOT**.

**DONE** this 27th day of March, 2007.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE